IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CASE NO. _____

TIMOTHY FROHLING,

    Plaintiff,

v.

GUARANTEE TRUST LIFE INSURANCE COMPANY

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, Guarantee Trust Life Insurance Company ("GTL"), by and through undersigned counsel, hereby files this Notice of Removal, and states as follows:

1. On August 17, 2018, plaintiff filed a complaint in the Circuit Court for Palm Beach County, Florida (Case No. 502018CA010466), seeking coverage under GTL Hospital, Surgical and Nurse Expense Policy number GT A713619 with respect to expenses for the operating room he incurred from October 5, 2017 to October 10, 2017 and from January 10, 2018 to January 13, 2018 at Palm Beach Gardens Medical Center/Hospital.

2. The Summons, Notice of Service of Process, and Complaint were served on the Chief Financial Officer of the State of Florida, which then forwarded these documents to GTL on August 30, 2018. Copies of the above-referenced documents are attached hereto as **Composite Exhibit "1."** These constitute all of the process, pleadings, and orders served upon GTL to date.

3. As grounds for removal, GTL asserts that the above-styled case is one over which this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and that this action is one which may be removed to this Court pursuant to 28 U.S.C. §1441 in that the matter in controversy

exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Plaintiff, Timothy Frohling, is a resident of Florida and therefore a citizen of Florida. Defendant, GTL, which is an Illinois corporation engaged in the insurance business with its principal place of business in Illinois, is therefore a citizen of Illinois. Accordingly, this action is between citizens of different states pursuant to 28 U.S.C. §1332(a).

5. As set forth in paragraphs 7 through 9 of the subject complaint, Mr. Frohling seeks coverage under the GTL policy for expenses for the operating room in the amount of $116,036.43, not including interest and attorney's fees. An actual cause or controversy has thus arisen between Plaintiff and GTL where the amount in controversy exceeds $75,000, exclusive of interest and costs, thereby satisfying the amount in controversy requirement pursuant to 28 U.S.C. § 1332(a).

6. GTL is contemporaneously serving written notice of the filing of this Notice of Removal to the Plaintiff and to the Clerk of the Circuit Court for Palm Beach County, Florida pursuant to 28 U.S.C. §1446(d).

**WHEREFORE,** GTL files this Notice of Removal pursuant to 28 U.S.C. §1446.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
Telephone: 954.728.1280
Facsimile: 954.728.1282

By: */s/ Perry R. Goodman, Esq.*
**PERRY R. GOODMAN, ESQ.**
Florida Bar No. 50778
perry.goodman@lewisbrisbois.com
*Counsel for Guarantee Trust Life Ins. Co.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 19, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of notices of electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of filing.

Mr. Robert N. Hogan, II, Esq.
1125 Clare Avenue
West Palm Beach, FL 33401
Tel. 561.310.8200
Fax. 561.650.0056
rhogan2@hotmail.com
*Counsel for Plaintiff*

By: */s/ Perry R. Goodman, Esq.*
**PERRY R. GOODMAN, ESQ.**
Florida Bar No. 50778
perry.goodman@lewisbrisbois.com