

CHIEF FINANCIAL OFFICER
JIMMY PATRONIS
STATE OF FLORIDA



*18-000207408*

| | |
|---|---|
| TIMOTHY FROHLING, | **CASE #:** 50-2018-CA-010466-XXXX-MB |
| | **COURT:** CIRCUIT COURT |
| PLAINTIFF(S) | **COUNTY:** PALM BEACH |
| | **DFS-SOP #:** 18-000207408 |
| VS. | |

GUARANTEE TRUST LIFE INSURANCE
COMPANY

DEFENDANT(S)

_____ /

SUMMONS, COMPLAINT, EXHIBIT

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on Tuesday, August 28, 2018 and a copy was forwarded by ELECTRONIC DELIVERY on Thursday, August 30, 2018 to the designated agent for the named entity as shown below.

GUARANTEE TRUST LIFE INSURANCE COMPANY
DONNA MOCH
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

**\*Our office will only serve the initial process(Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent fillings, pleadings, or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080**

Jimmy Patronis
Chief Financial Officer

ROBERT N. HOGAN, II
1125 CLARE AVENUE
WEST PALM BEACH, FL 33401

CA1



 **CT Corporation**

**Service of Process Transmittal**
08/30/2018
CT Log Number 533970738

| | |
|---|---|
| **TO:** | Robert Baluk, General Counsel<br>Guarantee Trust Life Insurance Company<br>1275 Milwaukee Avenue<br>Glenview, IL 60025 |
| **RE:** | **Process Served in Florida** |
| **FOR:** | Guarantee Trust Life Insurance Company  (Domestic State: IL) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Timothy Frohling, Pltf. vs. Guarantee Trust Life Insurance Company, etc., Dft. |
| **DOCUMENT(S) SERVED:** | Notice(s), Summons, Complaint, Attachment(s) |
| **COURT/AGENCY:** | Palm Beach County Circuit Court, FL<br>Case # 502018CA010466XXXXMB |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Electronic Receipt on 08/30/2018 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Robert N. Hogan, II<br>1125 Clare Avenue<br>West Palm Beach, FL 33401<br>561-310-8200 |
| **REMARKS:** | Process received by Chief Financial Officer on 08/28/2018 and forwarded to C T Corporation System by electronic delivery on 08/30/2018 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/30/2018, Expected Purge Date: 09/04/2018<br><br>Image SOP<br><br>Email Notification,  Robert Baluk  rbalu@gtlic.com<br><br>Email Notification,  Meghann Artner  martn@gtlic.com<br><br>Email Notification,  Christine Geraghty  cgera@gtlic.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>954-473-5503 |

Page 1 of  1 / VP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Filing # 76638198 E-Filed 08/17/2018 04:22:38 PM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

CASE NO. 50-2018-CA-010466-XXXX-MB

TIMOTHY FROHLING

          Plaintiff,

vs.

GUARANTEE TRUST LIFE
INSURANCE COMPANY, an IL corp,

          Defendant.

_____/

DEPT OF FINANCIAL SERVICE
LEGAL DIVISION

2018 AUG 28   AM 11: 29

FINANCIAL SERVICES

Rcvd 8/27/2018 at 11:56 a.m. &
Srvd 8/28/2018 at 10:42 a.m. by
_____ KDC, CPS #152
Certified Process Server, 2nd Judicial Crct, FL

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this action on:

### Guarantee Trust Life Insurance Company
### c/o Chief Financial Officer, as registered agent
### PO Box 6200 (32314-6200)
### 200 E. Gaines St
### Tallahassee, FL 32399-0000

    Defendant, Guarantee Trust Life Insurance Company, is required to serve written defenses to the Complaint on **Robert N. Hogan, II, Esq.**, Plaintiff's attorney, whose address is **1125 Clare Avenue, West Palm Beach, Florida 33401**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the Complaint.

Dated:   Aug 21 2018        CLERK OF CIVIL COURT   SHARON R BOCK

                                 By:_____

                                      Deputy Clerk

                                      TIKILA BROWN



RECEIVED AS STATUTORY REGISTERED AGENT on 28 August, 2018 and served on defendant or named party on 30 August, 2018 by the Florida Department of Financial Services

In accordance with the Americans with Disabilities Act, persons with disabilities needing a special accommodation to participate in this proceeding should contact Court Administration at 205 N. Dixie Hwy, West Palm Beach, Florida 33401, telephone (561) 355-2431, not later than seven (7) days prior to the proceeding. If hearing impaired (TTD) 1-800-955-8771, or voice (V) 1-800-955-8770, via Florida Relay Service.

IMPORTANT

A lawsuit has been filed against you. You have twenty (20) calendar days after this summons is served on you to file a written response to the attached complaint/petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

IMPORTANTE

Usted ha side demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el escrito, incluyendo el numero del case y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiendades, o privado de sus derechos, sin previo aviso del usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefinica. Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous, Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous estes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous resquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis alterieur du tribunal. Il y a d' autres obligations juridiques et vous pouvez requerir les services immediats d' un avocat. Si vous ne connaissez pas d' avocat, vous pourriez telephoner a un service de reference d' avocats ou a un bureau d' assistance juridique (figurant a l' annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Robert N. Hogan, II, Esq.
Attorney for Plaintiff  - (561) 310-8200
1125 Clare Avenue
West Palm Beach, FL 33401
EMAIL: rhogan2@hotmail.com

Filing # 76602048 E-Filed 08/17/2018 11:02:27 AM

IN THE CIRCUIT COURT OF THE
FIFTEENTH JUDICIAL CIRCUIT IN
AND FOR PALM BEACH COUNTY,
FLORIDA

CASE NO.   50-2018-CA-010466-XXXX-MB

TIMOTHY FROHLING

          Plaintiff,

vs.

GUARANTEE TRUST LIFE

INSURANCE COMPANY, an IL corp,

         Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff and sues the Defendant, GUARANTEE TRUST LIFE INSURANCE COMPANY (hereinafter "GTL"), based on the following allegations:

1)       This is an action for damages which exceeds the sum of $15,000.00.

2)       On or about January 28, 1983, Defendant, GTL, issued A Hospital, Surgical and Nurse Expense Policy (a copy of said insurance policy is attached to this Complaint) to Plaintiff, TIMOTHY FROHLING, in West Palm Beach, Palm Beach County, Florida. At the time of filing this Complaint, said Policy was/is still in effect.

3)       Plaintiff, TIMOTHY FROHLING, incurred operating room expenses from 10/5/2017 to 10/10/2017 and 1/10/2018 to 1/13/2018.

4)       Plaintiff is the named insured/beneficiary in the insurance policy.

1

5)       Plaintiff performed all conditions precedent to payment under the insurance policy or the conditions have occurred.

6)       Venue is proper in this Court, as the events or transactions out of which this claim arose occurred in Palm Beach County, Florida.

7)       Defendant refused to pay the full proceeds of the operating room expenses ($116,036.43) under the insurance policy to Plaintiff.

8)       Defendant owes Plaintiff the proceeds of the insurance policy plus interest on the proceeds from the date of Defendant's receipt of written proof of loss.

9)       On April 23, 2018, Plaintiff filed a Civil Remedy Notice of Insurer Violations, as to Defendant, with the Florida Department of Financial Services. On April 30, 2018, Plaintiff served this Civil Remedy Notice on Defendant, pursuant to Florida Statute § 624.155, which expired on June 30, 2018 with no response from Defendant. Plaintiff is obligated to pay plaintiff's attorney a reasonable fee for attorneys' services.

WHEREFORE, Plaintiff, TIMOTHY FROHLING, demands judgment for damages against the Defendant, GTL, including attorneys' fees and for such other relief as the Court deems proper and necessary.

DATED THIS 17th day of AUGUST, 2018.

/S/ Robert N Hogan, II
Robert N. Hogan, II, Esq.
1125 Clare Avenue
West Palm Beach, FL 33401
(561) 310-8200
(561) 650-0056 (Fax)
Email: rhogan2@hotmail.com
FL Bar No. 0136360
Attorney for Plaintiff

2

# G·T·L

Guarantee Trust Life
Insurance Company
A Mutual Company
Glenview, Illinois 60025

A Hospital, Surgical and
Nurse Expense Policy

Signed for The Guarantee
Trust Life Insurance Company at Glenview, Illinois on
the effective date.

*Thomas J. Guilford*

Secretary

Licensed Resident Agent

80100-2

*[signature]*

President

We promise to insure you for
the benefits described in this
policy. We make this promise
in consideration of the application for this policy and
the payment of the premium.

Is The Policy Guaranteed
Renewable?

You may keep this contract
in force for the rest of your
life by paying premiums
when due or in the grace
period.

May the Premium Rates Be
Changed?

We may change the premium rates. A change will
apply to all contracts with the
same form number as yours
which are in force in the state
you live in. A change will
apply on the next due date
after we notify you. Each
premium will be computed by
the sex and age shown
in the application for each
covered person.

Right To Examine Policy

It is important to us that
you are satisfied with this
policy and that it meets
your insurance goals. If
you are not satisfied, you
may return it within ten
days of its receipt. Send it
to us or to your agent and
you will receive a full
refund of any premiums
you have paid.

Your policy MAY NOT
APPLY when you have
a claim!
P L E A S E   R E A D !
Your policy was issued
based on the information entered in your
application. If there is
any misstatement in
the application, or if
any information concerning the medical
history of any covered
person has been omitted, you should advise
the Company within
thirty days regarding
the incorrect or omitted information; otherwise your policy may
not be a valid contract.

This policy is a legal contract between you and us.

Read your policy carefully.

## Alphabetical Index

| | Page |
|---|---|
| Benefit Amounts | 3 |
| Benefit Provisions | 6, 7 |
| Claim Procedure | 11 |
| Definitions | 5 |
| Effective Date | 3 |
| Exclusions | 9 |
| Grace Period | 11 |
| Premium | 3 |
| Reinstatement | 11 |
| Renewal Provision | 1 |

GUARANTEE TRUST LIFE INSURANCE COMPANY

THE INSURED UNDER THIS POLICY IS TIMOTHY FROHLING

THE POLICY HAS AN EFFECTIVE DATE OF JANUARY 28,1983

THE POLICY NUMBER IS GT A713619

THE BENEFITS ARE

    THE POLICY DAILY ROOM MAXIMUM IS    $20.00

THE INITIAL PREMIUM OF $38.14 WILL PROVIDE COVERAGE TO MAR 28,1983

# Definitions

When we use the following words this is what we mean:

You, Your, or Yours

the person who is the owner of this policy. This person is named on page three.

We, Our, or Us

the Guarantee Trust Life Insurance Company

Covered Persons

the people named in the application or added to the policy by amendment who are insured under this policy.

Injury

an accidental bodily injury sustained while covered under this contract.

Sickness

a sickness, disease or disorder, first manifested after the effective date of coverage.

Policy and Contract

they have the same meaning.

Confined or Confinement

assigned to a bed in a hospital on the advice of a physician. A charge for room and board must be made. A confinement must start while coverage is in force.

Physician

a legally qualified person, other than a member of the covered person's immediate family, who is licensed by the state to treat the type of condition for which claim is made.

Private Duty Nurse

registered nurse on private duty. This person may not be a member of the covered person's immediate family by blood or marriage. A charge must be made which the covered person is obligated to pay.

Hospital

an institution recognized as such by the state in which it is located. It must have a laboratory, x-ray equipment and an operating room. It may have a formal arrangement with another facility for surgical procedures. There must be permanent and full-time facilities for the care of overnight resident patients under the supervision of a physician. A rest home, extended care facility, convalescent nursing home, home for the aged or units of hospitals which provide primarily custodial care will not meet this definition.

If the hospital is accredited by the Joint Commission on the Accreditation of Hospitals, American Osteopathic Association, or the Commission on the Accreditation of Rehabilitative Facilities, any claim will not be denied solely because the hospital: 1) lacks major surgical facilities; or 2) is primarily of a rehabilitative nature if the rehabilitation is specifically for treatment of physical disability.

Period Of Expense

this begins on the date, not in a previous period of expense, a covered person enters the hospital while this contract is in force and ends on the date the covered person has not been in a hospital for one hundred eighty consecutive days.

# Benefits During Any One Period Of Expense

What Are The Benefits For Expenses Incurred For: a) Hospital Confinement; b) Surgery; Or c) Emergency Treatment As A Result Of Injury, As An Out-Patient?

| We Will Pay For | We Will Pay Up To |
|---|---|
| Basal Metabolism | No Limit |
| Cystoscopic Room | No Limit |
| Electroencephalogram | No Limit |
| Emergency Room | No Limit |
| Iron Lung | No Limit |
| Operating Room | No Limit |
| Oxygen | No Limit |
| Plaster Casts | No Limit |
| Recovery Room | No Limit |
| Serums | No Limit |
| Splints | No Limit |
| Tissue Examinations | No Limit |
| Anesthesia | Twenty-five Dollars |
| Blood Transfusions | Five Dollars* |
| Hospital Room | Daily Room Maximum |
| Laboratory Fees and Physiotherapy | Fifteen Dollars |
| Medicine and Drugs | Fifteen Dollars |
| Narcotics for Pain | Ten Dollars |
| Surgical Dressings | Twenty-five Dollars |
| X-ray | Fifteen Dollars |

*Five Dollars per transfusion for up to ten transfusions for the expense of administering transfusions. This does not include the cost of blood or plasma used.

What Are The Benefits When A Covered Person Receives Care Or Treatment At A Licensed Ambulatory Center?

We will pay benefits on the same basis as though the service was given at a hospital if the center is:

a)  a facility offering ambulatory medical service 24 hours a day, seven days a week, which is not part of a hospital. It must have been reviewed and approved by the state board of health, and be licensed by the state to provide treatment or service on the same basis as that provided for the same health care, treatment or service if rendered by a hospital; or

b)  a free standing ambulatory surgical center.

What Is The Benefit For Hospital Confinement For Normal Pregnancy Or Childbirth?

We will pay a benefit of $100.00 for a single birth or $150.00 for multiple births. We will pay this benefit if the pregnancy would normally terminate more than ten months after the effective date of coverage under this policy. This is paid in lieu of all other benefits under the policy.

What Is The Benefit For Ambulance Expense To Or From A Hospital?

We will pay up to $10.00 for service within city limits or $25.00 for service outside city limits.

What Is The Benefit For Private Duty Nursing Care At Home Following A Covered Hospital Confinement?

We will pay the expense incurred up to $12.00 per day. We will pay for up to 30 days of such care. The care must be recommended by the physician.

## What Is The Benefit For Expenses Incurred For Surgery?

We will pay up to the amount shown for any listed procedure. Limits for unlisted procedures will be objectively determined. The basis will be the time and difficulty of the procedure as compared to a listed procedure.

If more than one procedure is performed: 1) through the same incision; or 2) at the same operative session; or 3) in separate operative fields; or 4) through separate incisions; we will pay as follows only for the one having the largest limit.

### Surgical Schedule

**Abdomen**

| | |
|---|---:|
| Appendectomy | $100.00 |
| Pancreatectomy, total | 300.00 |
| Cholecystectomy (removal of gall bladder) | 75.00 |
| Cholecystotomy (drainage of gall bladder) | 75.00 |
| Removal of stone from common bile duct | 75.00 |
| Drainage of common bile duct for inflammation | 75.00 |
| Pyloroplasty | 100.00 |
| Gastro-enterostomy (surgical opening between stomach and small intestine) | 100.00 |
| Perforated gastric ulcer (closure of perforation) | 100.00 |
| Gastrectomy (partial or complete removal of stomach) | 100.00 |
| Operation for relief of intestinal obstruction | 100.00 |
| Intestinal resection (removal of diseased portion of intestinal tract) | 100.00 |
| Enterostomy (surgical drainage of intestine) | 100.00 |
| Splenectomy (removal of spleen) | 100.00 |
| Any other cutting into abdominal cavity for diagnosis or treatment of organs therein, including intestinal tract except as otherwise provided | 100.00 |

**Amputation**

| | |
|---|---:|
| Thigh at hip | 100.00 |
| Hand, arm, foot or leg | 50.00 |
| Thumb or finger (at least one entire phalanx) | 10.00 |
| Toe, each | 10.00 |

**Breast**

| | |
|---|---:|
| Removal of both breasts | 100.00 |
| Removal of one breast | 50.00 |
| Removal of cyst or tumor from breast | 20.00 |
| Biopsy | 15.00 |

**Bone**

| | |
|---|---:|
| Graft | 75.00 |
| Removal of diseased portion, including curettage | 10.00 |

**Chest**

| | |
|---|---:|
| Mediastinectomy | 300.00 |
| Bronchoscopy or Thoracoscopy: Diagnostic with removal of tumor (surgical) | 25.00 |
| | 50.00 |
| Tapping of lung | 15.00 |
| Complete removal of lung | 150.00 |
| Any other cutting operation into chest cavity for diagnosis or treatment of organs therein, except as otherwise provided | 50.00 |

**Dislocation**

| | |
|---|---:|
| Reduction of | |
| Hip or knee, patella excepted | 50.00 |
| Shoulder, elbow, wrist or ankle | 30.00 |
| Lower jaw | 10.00 |
| Patella | 10.00 |
| Thumb or fingers, each | 5.00 |

**Ear, Nose or Throat**

| | |
|---|---:|
| Fenestration or Tympanoplasty: | |
| Bilateral | 100.00 |
| Single | 75.00 |
| Mastoid — Cutting for removal of diseased bone: | |
| Bilateral | 150.00 |
| Single | 100.00 |
| Ear drum, cutting or tapping | 10.00 |
| Any other cutting operation on ear, nose, or throat not otherwise provided | 10.00 |
| Trachea cutting for removal of foreign body or for relief of difficult breathing | 50.00 |
| Sinus — any cutting operation | 30.00 |
| Surgical drainage | 5.00 |
| Submucous resection of nasal septum | 30.00 |
| Tonsillectomy and/or adenoidectomy | 25.00 |
| Esophagoscopy | 25.00 |

**Eye**

| | |
|---|---:|
| Cataract extraction — either or both eyes | 50.00 |
| Enucleation of eyeball | 50.00 |
| Any other cutting operation on the eye | 10.00 |

Fracture
  Reduction of Simple:
    Thigh (femur), leg, heel or
      knee cap ....................... 50.00
    Bones of the pelvis (except
      coccyx) ....................... 40.00
    Vertebra ........................ 20.00
    Bones of Face, Collar bone or
      shoulder blade ............. 20.00
    Upper Arm or Elbow .......... 30.00
    Forearm ....................... 25.00
    Coccyx ........................ 20.00
    Hand or wrist, not fingers,
      each bone ................... 15.00
    Foot, not toes, each bone ..... 15.00
    Breast bone, rib or ribs ....... 10.00
    Finger or toe, each ........... 5.00
  Reduction of Compound:
    In case of compound fracture or
      one in which cutting operation is
      performed, add 50% to amounts
      payable for simple fracture

Genital Systems
  Male:
    Circumcision ................... 10.00
    Puncture of hydrocele ........ 5.00
    Needle biopsy of prostate ..... 5.00
    Removal of prostate:
      Suprapubic or retropubic .... 100.00
      Transurethral ............... 75.00
    Varicocele — cutting operation for
      permanent cure,
      single or double ............ 35.00
    Vasectomy .................... 25.00
  Female:
    Drainage of Bartholin's
      gland abscess .............. 5.00
    Repair of cystocele and/or
      rectocele ................... 50.00
    Dilatation and Currettage of
      uterus or cervix ............ 20.00
    Removal of cervical stump .... 50.00
    Cauterization or conization
      of cervix ................... 5.00
    Hysterectomy ................. 100.00
    Removal of ovaries with or
      without tubes .............. 50.00

Glands
  Removal or Biopsy ............. 20.00

Goiter
  Thyroidectomy, cutting operation for
    permanent cure ............. 100.00
  Simple ligation, one or all vessels  25.00

Hernia
  Cutting operation for cure:
    More than one hernia ......... 75.00
    Single hernia ................. 50.00

Hernia — (cont.)
  Injection treatment for permanent
    cure:
    More than one hernia ......... 75.00
    Single hernia ................. 50.00
    Not more than $100.00 in the
      aggregate will be paid under this
      provision to any one individual
      for hernia.

Heart
  Pericardectomy ................. 300.00
  Cutting into heart .............. 200.00
  Removal of a clot:
    From vein of abdomen or neck  100.00
    From vein of arm or leg ...... 75.00

Hydrophobia
  Pasteur treatment for .......... 60.00

Joint
  Removal of knee or elbow joint .. 50.00
  Excision of, or incision into, joint
    for disease or disorder, except as
    otherwise provided ........... 25.00

Muscle
  Cutting operation or suturing ... 20.00

Nerve
  Cutting operation for stretching or
    suturing ..................... 40.00

Rectum
  Cutting operation for cure of
    prolapsed rectum ............. 50.00
  Fistula in ano (excision) ........ 40.00
  Stricture or Fissure ............. 20.00
  Hemorrhoids:
    Internal ...................... 25.00
    External ...................... 15.00
  Surgical or injection method for
    permanent cure of hemorrhoids,
    only one fee ................. 25.00
  Proctoscopy ................... 10.00

Skin
  Drainage of boil, carbuncle or cyst  5.00
  Removal of foreign body ........ 5.00
  Excision of tumor:
    One ......................... 7.50
    More than one ............... 10.00
  Cleaning, debridement and/or
    suturing of wounds .......... 7.50
  Cauterization of fulguration of
    tumors ...................... 5.00
  Grafts, pinch or split skin:
  To scalp, arms and legs:
    Less than 2 square inches .... 20.00
    2 or more square inches ...... 50.00
  To neck, hands and feet:
    Less than 2 square inches .... 30.00
    2 or more square inches ...... 60.00

Skull
  Cutting into cranial cavity (drill taps
    excepted) ..........................   100.00
  Tapping .............................   25.00
Spine or Spinal Cord
  Laminectomy or other cutting
    operation on spine .............   100.00
  Lumbar sympathectomy ..........   50.00
  Excision of pilonidal cyst or sinus ..   45.00
  Spinal puncture — each ..........   10.00
Tendon
  Cutting operation or suturing ......   20.00
Tetanus (Lockjaw)
  Injection of antitoxin into skull ....   150.00
  Injection of antitoxin into spinal
    canal ...........................   25.00

Tetanus — (cont.)
  Injection other than above ........   5.00
Urinary System
  Removal of kidney ...............   150.00
  Cutting into kidney ..............   100.00
  Complete removal of bladder ......   100.00
  Puncture aspiration of bladder .....   10.00
  Cystoscopy:
    Diagnostic .....................   10.00
    With removal of stones .........   25.00
Varicose Veins
  Cutting operation for permanent
    cure ...........................   40.00
  Injection method for cure —
    only one fee ...................   25.00

# Exclusions

What Are The Exclusions?

This contract does not cover:
  1) dental operations or dental treatment.
  2) neurosis or mental disturbances of any kind.
  3) participation in any form of aeronautics except as a fare paying passenger in a licensed aircraft. The aircraft must be provided by a common carrier and be operating between regular airports.
  4) war or any act or war.

# Eligibility and Additions

Who Can Be Insured Under This Policy?

If insurable under our underwriting standards the following may be insured: a) you; b) your spouse; c) your unmarried dependent children who are under nineteen years of age, or twenty-three years if enrolled as full-time students in a college or university. This includes step-children, legally adopted children and children of adopting parents during pendency of adoption procedures.

How May Eligible Persons Be Added To The Policy?

You must: a) submit a written application; b) furnish proof of eligibility; and c) pay the additional premium, if any.

A child born to a covered person will be deemed to be a covered person from birth. Benefits will be equal to other covered persons.

For the child, the term sickness shall include medically diagnosed congenital defects, birth abnormalities or prematurity. It will not include normal newborn child care.

We will tell you the additional premium, if any. Our liability with respect to the child will end thirty-one days after we write to you unless on or before the thirty-first day, we have received the additional premium.

Page 9

# Termination and Conversion

### When Does Coverage For A Child Terminate?

A child's coverage will terminate at the end of the term during which the child ceases to be 18 years of age, or 23 years if enrolled as a full-time student in a college or university.

If at the age termination date of coverage for a child: a) the child is incapable of self-sustaining employment due to mental retardation or physical handicap; and b) is chiefly dependent upon you for support and maintenance; we will waive the age termination date for the child so long as the incapacity and dependency continues. The premium for that child will then be for the child's attained age.

We have the right to inquire: a) sixty days prior to the child's age termination date; and b) at any reasonable time within two years following that date; and c) not more than once each year after the two year period; whether the child is disabled and dependent. If you do not send proof of disability or dependency within 91 days of our inquiry the child's coverage will terminate. If we do not make such an inquiry, the child's coverage will continue in accordance with the terms of this policy. You must pay the renewal premium when due or within the grace period.

### Is There A Conversion Privilege When A Child's Coverage Terminates?

If a child is not insured for similar benefits with this or any other insurance company, an individual policy may be purchased. We must receive a written application and payment of the first premium for the new policy within thirty-one days after termination. Evidence of insurability will not be required. The policy will be issued at the premium for the attained age and sex. The premium rate will be that in effect at the time of conversion. For a child the new policy will provide the coverage we are then issuing which is most nearly similar to, but not greater than, the coverage under this policy.

### What Happens If The Insured Dies Or The Policy Terminates For Any Reason?

In the event of your death, your spouse, if a covered person, will then become the insured. In the event your spouse is not such a covered person the policy shall terminate.

Termination of coverage for any covered person or the termination of this policy shall be without prejudice to any pending claim.

If we accept a premium for a term which would not have been payable due to terminating coverage, the coverage of the person(s) will continue to the end of the term for which premium was paid.

### Is There A Conversion Privilege For A Legally Separated Spouse Or A Spouse Following A Decree Of Dissolution Of Marriage?

If we receive a written application and payment of the first premium within thirty-one days after a spouse ceases to be a covered person by reason of divorce or separation, we will issue an individual policy to that spouse. Evidence of insurability will not be required. The conversion policy shall:

(1) provide substantially the same form and amount of benefits as provided under this policy.

(2) be issued at the premium rates then in effect, but according to the original insuring age and classification.

(3) exclude any conditions excluded by this policy and include any special premium rating in this policy.

(4) provide that any amount otherwise payable under the conversion policy shall be reduced by the amount of any amount payable for the same loss under this policy.

Page 10

# General Provisions

**When Does The Contract Begin?**

It starts at 12:01 a.m., Standard Time, at your residence. The effective date is shown on page three. The term ends at 12:01 a.m., Standard Time, on the date any premium is due. Each renewal premium is due at the end of the term for which premium has been paid.

**What Is The Basis Of Our Agreement?**

This policy, a copy of the application and any attachments, is the entire contract. It may not be changed unless approved by two of our officers. Their approval must be shown in this contract. No agent may change or waive any of this contract's provisions.

**Is There A Time Limit On Any Of Our Defenses?**

After two years from the effective date of coverage only fraudulent (not applicable in Georgia) misstatements in the application may be used to void the contract or deny any claims for expense incurred after the two year period.

No claim for expense incurred after the two years will be reduced or denied because of sickness or physical condition that existed before the effective date of coverage unless excluded by name or specific description. (The phrase "after two years" does not apply in New Mexico.)

**Is There A Grace Period?**

There is a thirty-one day grace period. This means that if a renewal premium is not paid on or before the date it is due, it may be paid during the following thirty-one days. During the grace period the contract will stay in force.

**Can A Lapsed Policy Be Reinstated?**

If a premium is not paid before the grace period ends, this contract will lapse. If we or our agent later accept the premium without asking for an application for reinstatement, this contract will be reinstated.

If you are asked for an application, a conditional receipt for the premium will be given to you. If the application is approved, the contract will be reinstated as of the approval date. Lacking such approval it will be reinstated on the forty-fifth day after the date of the receipt unless we write you of our disapproval before that date.

If reinstated, this contract will cover only injury sustained after the date of reinstatement or sickness that starts more than ten days after such date. In all other ways your rights and ours will remain the same, subject to any provisions of the reinstatement. Premium will be applied as of the date of reinstatement.

**What Is The Procedure At Time Of Claim?**

Written notice of claim must be given within sixty days (in Montana, six months) after it starts or as soon as possible. The notice can be given to us at our Home Office in Glenview, Illinois, or to our agent. Notice should include your name and policy number.

When we receive a notice of claim we will send a claim form for filing proof of loss. If the claim form is not sent within fifteen days, the proof of loss requirement will be met by giving us a written statement of what happened. For a continuing loss, written proof of loss must be given to us within ninety days after the end of each period for which we are liable. For any other loss, written proof in the time required, we shall not reduce or deny the claim for this reason if the proof is filed as soon as reasonably possible. In any event, the proof required must be given no later than one year from the time specified unless the claimant did not have legal capacity.

**When Will Claims Be Paid?**

As soon as we receive written proof of loss, we will pay all benefits then due.

Who Will Receive The Benefits?

All benefits will be paid to you. Any benefits not paid at your death may be paid, as we choose, to your beneficiary or estate.

Can Physical Examinations Be Required?

We, at our own expense, have the right to have a covered person examined as often as reasonably necessary while a claim is pending.

Can Legal Action Be Brought?

A legal action may not be brought to recover on this policy within sixty days after written proof of loss has been given as required. No such action may be brought after three years (in Kansas, five years) from the time written proof of loss was required to be given.

What If An Age Shown In An Application Is Not Correct?

If the age has been misstated, the benefits will be those the premium paid would have purchased at the correct age.

Can Unpaid Premiums Be Deducted From A Claim Payment?

Any premium due and unpaid may be deducted from a claim payment.

What If This Policy Does Not Conform With State Statutes When It Is Issued?

If, on the effective date, any provision of this contract is in conflict with the laws of the state in which you reside on that date it will be considered to conform to the minimum requirements of those laws.

The annual meeting of our policyholders will be held in our Home Office. It will start at 10:00 a.m. on the first Monday of July. It will be held on Tuesday if Monday is a legal holiday. We will elect Directors and transact other business that is brought before the meeting.

**APPLICATION TO**
**GUARANTEE TRUST LIFE INSURANCE COMPANY**
**Chicago, Illinois**

(305) 433-0665

| 1. Full name of applicant and other members of family | Relationship To Applicant | Sex | Date of Birth Mo. Day Yr. | Age | Height Ft. In. | Wt. | Term Premium | Rate Group | Plan | Class |
|---|---|---|---|---|---|---|---|---|---|---|
| (1) Mr. Mrs. Miss TIMOTHY FROHLING | Applicant | M | 11 7 52 | 30 | 5 9 | 145 | 8.86 #54 | Hospital Form | Daily Room Rate 20.00 | 80100 |
| (2) | | | | | | | | Hospital Form | Weekly Benefit | |
| (3) | | | | | | | | Disability Form | Monthly Benefit | |
| (4) A713619 | | | | | | | | Form | | |
| (5) | | | | | | | 2.71 | Form 80906 | Quad | |

1a. Association/Franchise _____ Code No. _____
Premium $ 23.14 #1157
+ 15.00 X82
38.14 $2314
Payable A S Q (SM)

Elimination Period — Injury / Sickness
Benefit Period — Injury / Sickness

2. Address 1706 DELINDA LANE
City WEST PALM BEACH  State FLA.
County PALM BEACH  Zip 33406

3. Occupation AIRCRAFT REFUELER  Monthly Income $ 800.—
Employer _____

4. Beneficiary KATHRYN FROHLING
Relationship MOTHER

5. What other insurance do you now have? If none, so state.
Monthly Indemnity $ NONE  Hospital Per Day $ 80/6

6. Is this policy applied for intended to replace any insurance presently in force in this or any other company?  Yes ☐ No ☐

7. Are all persons named above mentally and physically in sound health and free from illness or disease to the best of your knowledge?  Yes ☒  No ☐

8. Has any person named above:
(a) Ever been declined, restricted, rated up, or postponed for any kind of personal insurance?  Yes ☐ No ☒
(b) Ever had rheumatism, arthritis, gout, goiter, cancer, tumor, cysts or high blood pressure?  Yes ☐ No ☒
(c) Ever had venereal disease, paralysis, diabetes, appendicitis, hernia, fits or mental illness?  Yes ☐ No ☒
(d) Ever had any disease of the gall bladder, heart, stomach, kidneys, bladder or prostate?  Yes ☐ No ☒
(e) Ever had any tumor, cyst, or other disease of the breast, womb, or pelvic organs?  Yes ☐ No ☒
(f) Now have, or at any time had, any physical defect or deformity?  Yes ☐ No ☒

9. Has any person named above consulted any doctor during the past five years?  Yes ☐  No ☒

10. If any part of question 8 or 9 was answered "Yes," give full details below:

| Person | Name of Doctor | Mail Address of Doctor | Dates | Description of Illness | Duration | Remaining Effects | Surgery |
|---|---|---|---|---|---|---|---|
| | | | — NONE — | | | | |

The undersigned applicant and agent certify that the applicant has read, or had read to him, the completed application, and the applicant realizes that any false statement or misrepresentation therein may result in loss of coverage under the policy if such false statement or misrepresentation materially affected either the acceptance of the risk or the hazard assumed by the Company. I represent that my above answers and statements are true and complete to the best of my knowledge and belief and agree that: (1) I understand the agent does not have the authority to waive a complete answer to any question herein, to pass on insurability, make or alter any contract or waive any of the Company's other rights or requirements, (2) no insurance will be effective until the policy is issued, (3) any physician, hospital, clinic, character or credit source, insurance company, the Medical Information Bureau or other organization or person that has records or knowledge of me or my family or of my or their health, to give to any authorized representative of Guarantee Trust Life Insurance Company and its reinsurers any and all information, medical or otherwise, about me and other members of my family. A photographic copy of this authorization shall be as valid as the original.

Agency _____
Agency Code **Curtis Fuchs Agencies, Inc.**
AVG

I certify that I have truly and accurately recorded the information supplied by the applicant.

Agent's Signature _____
AVG—DZ

Signed at WEST PALM BEACH  Date 1/13/83
Signed by _____
Signature of applicant for and in behalf of above named persons

Within 60 days from the date of this application the Company will notify you of its acceptance or give you the reason for any further delay.
Mail Policy to: ( ) Applicant; Agent (✓)

APP 3-78

GUARANTEE TRUST LIFE INSURANCE COMPANY

Chicago, Illinois

# Surgical Expense Benefit Rider

Your policy is amended by changing the Surgical Schedule in the Benefits.

### What is The Surgical Expense Benefit?

The maximum amounts shown in the Surgical Schedule are increased to four times the amount shown.

This rider is made a part of the policy as of the effective date shown on page three. The premium for this rider is included in the amount shown on page three.

_____
Secretary

_____
President

80906-R

THE POLICY IS AMENDED BY-

ADDING TO -WHO CAN BE INSURED UNDER THIS POLICY-

CHILDREN OF ADOPTING PARENTS DURING PENDENCY OF ADOPTION PROCEDURES.

CHANGING PARAGRAPH FOUR OF -HOW MAY ELIGIBLE PERSONS BE ADDED TO THE POLICY-
TO READ--

A CHILD BORN TO A COVERED PERSON WILL BE DEEMED TO BE A COVERED PERSON
FROM BIRTH. BENEFITS WILL BE EQUAL TO OTHER COVERED PERSONS. FOR THE
CHILD, THE TERM SICKNESS SHALL INCLUDE MEDICALLY DIAGNOSED CONGENITAL
DEFECTS, BIRTH ABNORMALITIES OR PREMATURITY, AND TRANSPORTATION COSTS
TO AND FROM THE NEAREST AVAILABLE FACILITY APPROPRIATELY STAFFED AND
EQUIPPED TO TREAT THE NEWBORNS CONDITION. THE TRANSPORTATION MUST BE
CERTIFIED BY THE ATTENDING PHYSICIAN AS NECESSARY TO PROTECT THE HEALTH
AND SAFETY OF THE NEWBORN CHILD. THE COVERAGE OF SUCH TRANSPORTATION
COSTS SHALL NOT EXCEED THE USUAL AND CUSTOMARY CHARGES UP TO $1,000.00.
IT WILL NOT INCLUDE NORMAL NEWBORN CHILD CARE.

WE WILL TELL YOU THE ADDITIONAL PREMIUM,IF ANY. OUR LIABILITY WITH
RESPECT TO THE CHILD WILL END THIRTY-ONE DAYS AFTER WE WRITE TO YOU
UNLESS ON OR BEFORE THE THIRTY-FIRST DAY, WE HAVE RECEIVED THE ADDI-
TIONAL PREMIUM.
END52.21CI


YOUR POLICY IS AMENDED BY CHANGING THE PARAGRAPH ENTITLED -WHAT IS THE PROCEDURE
AT TIME OF CLAIM- TO READ--

WHAT IS THE PROCEDURE AT TIME OF CLAIM-
WRITTEN NOTICE OF CLAIM MUST BE GIVEN WITHIN SIXTY DAYS -IN MONTANA, SIX MONTHS-
AFTER IT STARTS OR AS SOON AS POSSIBLE. THE NOTICE CAN BE GIVEN TO US AT OUR
HOME OFFICE IN CHICAGO, ILLINOIS, OR TO OUR AGENT. NOTICE SHOULD INCLUDE YOUR
NAME AND POLICY NUMBER.

WHEN WE RECEIVE A NOTICE OF CLAIM WE WILL SEND A CLAIM FORM FOR FILING PROOF OF
LOSS. IF THE CLAIM FORM IS NOT SENT WITHIN FIFTEEN DAYS, THE PROOF OF LOSS RE-
QUIREMENT WILL BE MET BY GIVING US A WRITTEN STATEMENT OF WHAT HAPPENED. FOR A
CONTINUING LOSS, WRITTEN PROOF OF LOSS MUST BE GIVEN TO US WITHIN NINETY DAYS
AFTER THE END OF EACH PERIOD FOR WHICH WE ARE LIABLE. FOR ANY OTHER LOSS,
WRITTEN PROOF MUST BE GIVEN WITHIN NINETY DAYS OF SUCH LOSS. IF IT WAS NOT
REASONABLY POSSIBLE TO GIVE WRITTEN PROOF IN THE TIME REQUIRED, WE SHALL NOT
REDUCE OR DENY THE CLAIM FOR THIS REASON IF THE PROOF IS FILED AS SOON AS
REASONABLY POSSIBLE. IN ANY EVENT, THE PROOF REQUIRED MUST BE GIVEN NO LATER
THAN ONE YEAR FROM THE TIME SPECIFIED UNLESS THE CLAIMANT DID NOT HAVE LEGAL
CAPACITY.
END231CI


INSURED                                                    POLICY NUMBER
TIMOTHY FROHLING                                           GT A713619

0100-2                        PAGE 3A